In the Matter of the Claim of GRACE HOGANS, Respondent, against CITY OF NEW YORK, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by the City of New York, as a self-insured employer, from an award of compensation made by the Workmen's Compensation Board to the claimant herein. The sole issue is one of coverage. Claimant was employed as a public health nurse in a tubercular clinic, operated by the New York City Department of Health, when she sustained an accidental injury. The board has found that she was engaged in a hazardous employment within the meaning of section 3 of the Workmen's Compensation Law. We think the evidence sufficient to sustain the conclusion that claimant's work came within the meaning of group 14 of subdivision 1 of section 3 of the Workmen's Compensation Law, and also was covered by the provisions of group 15 of subdivision 1 of section 3. Hence the record sustains the general finding of the board. Award affirmed, with costs to the Workmen's Compensation Board and to the claimant, to be

divided equally between them, and with disbursements to each. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.